# Court of Appeals
# of the State of Georgia

ATLANTA, __September 04, 2014__

*The Court of Appeals hereby passes the following order:*

**A14A2239.    BRAD DUNN v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.**

This case began as a dispossessory proceeding in magistrate court. After an adverse ruling, defendant Brad Dunn appealed the magistrate court's decision to the superior court. The superior court entered an order granting Federal National Mortgage Association's motion to dismiss the appeal. Dunn has appealed that order directly to this Court.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Dunn was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta, __09/04/2014__
   I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
   Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*